UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUKHPREET SINGH HAYER,<br><br>                      Plaintiff,<br><br>     v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>                      Defendant. | Case No. 2:24-cv-00971-RSL<br><br>STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND ORDER |

Plaintiff and Defendant, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings until March 19, 2025. Plaintiff brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate his asylum application. Defendants' response to the Complaint is currently due on October 15, 2024. The parties are currently working towards a resolution to this litigation. For good cause, the parties request that the Court hold the case in abeyance until March 19, 2025.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to

STIPULATED MOTION TO HOLD CASE IN ABEYANCE          UNITED STATES ATTORNEY
[Case No. 2:24-cv-00971-RSL] - 1                                                  1201 Pacific Ave., Ste. 700
                                                                                         Tacoma, WA 98402
                                                                                          (253) 428-3800

1  control the disposition of the causes on its docket with economy of time and effort for itself, for
2  counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ.
3  P. 1.

4    With additional time, this case may be resolved without the need of further judicial
5  intervention.  USCIS has scheduled Plaintiff's asylum interview for November 19, 2024.  USCIS
6  agrees to diligently work towards completing the adjudication within 120 days of the interview,
7  absent unforeseen or exceptional circumstances that would require additional time for
8  adjudication.  If the adjudication is not completed within that time, USCIS will provide a status
9  report to the Court.  Plaintiff will submit all supplemental documents and evidence, if any, to
10 USCIS seven to ten days prior to the interview date.  Plaintiff recognizes that failure to submit
11 documents prior to the interview may require the interview to be rescheduled and the
12 adjudication delayed.  If needed, Plaintiff will bring an interpreter to the interview, otherwise the
13 interview will need to be rescheduled and the adjudication delayed.  Once the application is
14 adjudicated, Plaintiff will dismiss the case with each party to bear their own litigation costs and
15 attorneys' fees.  Accordingly, the parties request this abeyance to allow USCIS to conduct
16 Plaintiff's asylum interview and then process his asylum application.

17    As additional time is necessary for this to occur, the parties request that the Court hold
18 the case in abeyance until March 19, 2025.  The parties will submit a status update on or before
19 March 19, 2025.

20 //
21 //
22 //
23 //
24 //

STIPULATED MOTION TO HOLD CASE IN ABEYANCE  
[Case No. 2:24-cv-00971-RSL] - 2

UNITED STATES ATTORNEY  
1201 PACIFIC AVE., STE. 700  
TACOMA, WA 98402  
(253) 428-3800

DATED this 11th day of October, 2024.

Respectfully submitted,

| | |
|---|---|
| TESSA M. GORMAN<br>United States Attorney | LAW OFFICE OF WILLIAM FRICK |
| *s/ Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (253) 428-3824<br>Fax:    (253) 428-3826<br>Email:  michelle.lambert@usdoj.gov | *s/ William Frick*<br>WILLIAM FRICK, WSBA #26648<br>3040 78th Avenue SE, Box 892<br>Mercer Island, Washington 98040<br>Phone: (206) 286-0167<br>Email: william@fricklawfirm.info<br><br>*Attorney for Plaintiff* |

*Attorneys for Defendant*

*I certify that this memorandum contains 391 words, in compliance with the Local Civil Rules.*

STIPULATED MOTION TO HOLD CASE IN ABEYANCE
[Case No. 2:24-cv-00971-RSL] - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

**ORDER**

The case is STAYED until March 19, 2025. The parties shall submit a status update on or before March 19, 2025.

Dated this 15th day of October, 2024.

*MWS Lasnik*
Robert S. Lasnik
United States District Judge

STIPULATED MOTION TO HOLD CASE IN ABEYANCE
[Case No. 2:24-cv-00971-RSL] - 4

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800