UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUKHPREET SINGH HAYER, <br><br>  Plaintiff, <br><br> v. <br><br> UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, <br><br>  Defendants. | Case No. 2:24-cv-00971-RSL <br><br> STIPULATED MOTION TO DISMISS AND ORDER |

Pursuant to Federal Rule of Civil Procedure 41(a), the parties stipulate to the dismissal of this case without prejudice, with each party to bear their own costs. Plaintiff brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate his Form I-589, Application for Asylum and for Withholding of Removal. USCIS has adjudicated the Form I-589 and this case is now moot.

//

//

STIPULATED MOTION TO DISMISS
[Case No. 2:24-cv-00971-RSL] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

DATED this 11th day of March, 2025.

Respectfully submitted,

| | |
|---|---|
| TEAL LUTHY MILLER<br>Acting United States Attorney | LAW OFFICE OF WILLIAM FRICK |
| *s/ Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (206) 553-7970<br>Fax:    (206) 553-4067<br>Email:  michelle.lambert@usdoj.gov | *s/ William Frick*<br>WILLIAM FRICK, WSBA #26648<br>Law Office of William Frick<br>3040 78th Avenue SE, Box 892<br>Mercer Island, Washington 98040<br>Phone: (206) 286-0167<br>Email: william@fricklawfirm.info<br>*Attorney for Plaintiff* |

*Attorneys for Defendants*

*I certify that this memorandum contains 76 words, in compliance with the Local Civil Rules.*

## ORDER

The case is dismissed without prejudice and with each party to bear their own costs and fees.  It is so **ORDERED**.

DATED this 12th day of March, 2025.

*[signature]*
ROBERT S. LASNIK
United States District Judge

STIPULATED MOTION TO DISMISS
[Case No. 2:24-cv-00971-RSL] - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800